**Mandamus Proceeding Reinstated and Order filed March 26, 2019**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-18-00795-CV**

---

**IN RE CATHALEEN MONTELONGO**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-48430**

---

**ORDER**

On Monday, September 10, 2018, relator Cathaleen Montelongo filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Judy Warne, presiding judge of the 257th District Court of Harris County, to reinstate the underlying case on the jury trial docket.

Respondent ceased to hold the office of Judge of the 257th District Court of Harris County, Texas, after the institution of this action. On January 3, 2019, we abated this mandamus proceeding to permit Judge Warne's successor, the Honorable

Sandra Peake, to reconsider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b).

On March 4, 2019, Judge Peake notified this court as follows:

I have had an opportunity to review the docket and court notes in the above referenced matter.

After a thorough review, I am not inclined to reconsider Judge Warne's decision to remove the case from the court's jury trial docket.

Accordingly, we order as follows:

1. The mandamus proceeding is **reinstated**.

2. The court requests Jorge Valdez, the real party in interest, to file a response to the petition for writ of mandamus on or before **April 15, 2019**.

PER CURIAM